ACCEPTED
04-14-00735-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/15/2015 4:41:50 PM
KEITH HOTTLE
CLERK

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

1/15/2015 4:41:50 PM

KEITH E. HOTTLE
Clerk

CAUSE NO. 04-14-00735-CV

IN THE COURT OF APPEALS

FOR THE

FOURTH JUDICIAL DISTRICT

SAN ANTONIO, TEXAS

**Brian C. Simcoe, Appellant**

**v.**

**Thomas Christopher and Catrina Christopher, Appellees**

APPEAL FROM THE 45TH JUDICIAL DISTRICT COURT

BEXAR COUNTY, TEXAS

HONORABLE JUDGE BARBARA HANSON NELLERMOE, JUDGE PRESIDING

APPELLEES' RESPONSE TO MOTION FOR RECONSIDERATION

AND REINSTATEMENT OF APPEAL

**James A. Rodriguez**
**Law Office of James A. Rodriguez**
**SBN: 24057667**
540 S. St. Mary's Street
San Antonio, Texas 78205
Phone: (210) 581-3990
Fax: (210) 224-8214
Email: james@rodriguezlaw.us
Attorney for Appellees

TO THE HONORABLE COURT OF APPEALS:

1. Appellees Thomas and Christina Christopher, in answer to the Court's request, file this Response to Appellant's Motion for Reconsideration and Motion to Reinstate Appeal.

2. Appellant Brian Simcoe failed to timely file a notice of appeal in this case but filed the notice within the fifteen-day grace period provided by the Rules. *See* TEX. R. APP. P. 26.1; 26.3. The Court then required Appellant to provide reasonable explanation for his failure to timely file the notice of appeal, citing *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) and TEX. R. APP. P. 26.3; 10.5(b)(1)(C).

3. Appellant responded that he had believed a motion for new trial would successfully maintain the case in the trial court and that he had delayed filing his notice of appeal until after a ruling on that motion and because he had been considering the financial impact of filing an appeal.

4. On November 26, 2014, this Court dismissed this appeal and found that Appellant's stated reasons for his failure to timely file his notice of appeal did not constitute a reasonable explanation for such failure. Specifically, the Court found that Appellant's delay was deliberate and not the result of accident or mistake.

5. On December 1, 2014, Appellant filed his Motion to Reconsider and Reinstate the appeal, stating for the first time that counsel for Appellant had miscalculated the appellate deadlines, which the Court in *Dorner* had ruled was a reasonable explanation. *See Dorner*, 959 S.W.2d at 617.

6. Appellees assert that this Motion is an attempt by Appellant to change the facts to suit necessity by tracking the reasoning of *Dorner*. Appellant had full opportunity to state

the facts that would have supported an argument of accident or mistake in his initial response to the Court.

7. Moreover, Appellant's docketing statement requests that the Court supersede or stay the execution of the judgment rendered by the Court below, but Appellant has to date failed to file a supersedeas bond or other deposit with the Clerk of the Court. *See* TEX. R. APP. P. 24. Appellee cites this as additional evidence of Appellant's lack of diligence in perfecting and prosecuting this appeal.

8. Wherefore, premises considered, Appellants respectfully request that the Court affirm its earlier Order and dismiss this appeal for lack of jurisdiction.

9. In the alternative, should the Court reverse its prior Order, Appellants respectfully request that the Court stay this appeal and order Appellant to file a supersedeas bond or other security with the clerk of the Court below by a date certain and, should Appellant fail to file such bond or security by that date, order this appeal dismissed.

Respectfully Submitted,

_____
James A. Rodriguez
State Bar No. 24057667
540 S. St. Mary's Street
San Antonio, Texas 78205
Phone: (210) 581-3990
Fax: (210) 224-8214
Email: james@rodriguezlaw.us
Attorney for Appellees
Thomas and Catrina Christopher

# CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing *Response to Motion for Reconsideration and Reinstatement of Appeal* was served on each party or that party's lead counsel in accord with the Texas Rules of Appellate Procedure on January 15, 2015, as follows:


Party: Brian C. Simcoe
Lead Attorney: Sarah Anne Lishman
Address of Service: 310 S. St. Mary's St., Suite 845
San Antonio, Texas 78205
Method of Service: Fax to (210) 308-5669
Date of Service: January 15, 2015


Party: Adria Joy Simcoe, *Pro Se*
Address of Service: 115 Osprey Haven
San Antonio, Texas 78253
Method of service: Email to adriasimcoe@yahoo.com, per request
Date of Service: January 15, 2015

 

_____
James A. Rodriguez
State Bar No. 24057667
Attorney for Appellees
Thomas and Catrina Christopher